# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**800**

**CAF 14-00689**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF DELSENIOR STRACHAN,
PETITIONER-APPELLANT,

V                                                    MEMORANDUM AND ORDER

LINDA GILLIAM, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (DAVID R. JUERGENS OF
COUNSEL), FOR PETITIONER-APPELLANT.

PAUL B. WATKINS, FAIRPORT, FOR RESPONDENT-RESPONDENT.

SARA E. ROOK, ATTORNEY FOR THE CHILD, ROCHESTER.

------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (Patricia
E. Gallaher, J.), entered March 28, 2014 in a proceeding pursuant to
Family Court Act article 6.  The order dismissed the petition for a
modification of an order of visitation.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Same memorandum as in *Matter of Strachan v Gilliam* ([appeal No.
1] ___ AD3d ___ [June 19, 2015]).


Entered:  June 19, 2015                        Frances E. Cafarell
                                               Clerk of the Court